

**Radio Frequency Simulation Systems, Inc.**
2345 North Glassell Street
Orange, CA 92865

EINGEGANGEN
15. April 2015
Erl........ NL

V2

# Invoice

| Date | Invoice # |
|---|---|
| 3/12/2015 | 000101 |

**Bill To**
Elettronica GmbH
Postfach 1145
53333 Meckenheim
Germany


150793

**Ship To**
Standardlager Elt GmbH
Frau Franke
Am Hambuch 10
53340 Meckenheim
Deutschland

| P.O. Number | Terms | Via | F.O.B. | Project |
|---|---|---|---|---|
| BEST014843 | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1 | Purchase Order BEST014843<br><br>In Process Review (IPR)<br><br>Contract No. A62A2-501-VTR-RFSS-001<br>Vendor No. 62335<br><br>Purchasing Agent: Herbert Köhler<br>Email: h.koehler@elettronica.de<br><br>Radio Frequency Simulation Systems, Inc.<br>For Wire Transfer Instructions Contact: Diane Langius<br>Director of Administration<br>Radio Frequency Simulation Systems, Inc.<br>2345 North Glassell Street<br>Orange, CA 92865<br>USA<br>email address: dlangius@rfss-inc.com<br>Phone Number: 714-974-7377 (103)<br>Out-of-state sale, exempt from sales tax | 820,000.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00% | 820,000.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00 |

**Total** $820,000.00

| Phone # | Fax # | E-mail |
|---|---|---|
| 714-974-7377 (103) | 714-974-7365 | dlangius@rfss-inc.com |