153659

EINGEGANGEN
1 7. Dez. 2015
Erl. /Ve

 Radio Frequency Simulation Systems, Inc.
2345 North Glassell Street
Orange, CA 92865

 BEST14843

# Invoice

| Date | Invoice # |
|---|---|
| 12/16/2015 | 000151 |

| Bill To | Ship To |
|---|---|
| Elettronica GmbH<br>Postfach 1145<br>53333 Meckenheim<br>Germany<br>**Nach Rückspr. mit Hr.Lichtenberg ok.** | Standardlager Elt GmbH<br>Frau Franke<br>Am Hambuch 10<br>53340 Meckenheim<br>Deutschland |

| P.O. Number | Terms | Via | F.O.B. | Project |
|---|---|---|---|---|
| BEST014843 | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 1 | Purchase Order BEST014843<br><br>Completion of Internal Factory Acceptance Test (IFAT)/Factory Acceptance Test (FAT)<br><br>Contract No. A62A2-501-VTR-RFSS-001<br>Vendor No. 62335<br><br>Purchasing Agent: Herbert Köhler<br>Email: h.koehler@elettronica.de<br><br>Radio Frequency Simulation Systems, Inc.<br>For Wire Transfer Instructions Contact: Diane Langius<br>Director of Administration<br>Radio Frequency Simulation Systems, Inc.<br>2345 North Glassell Street<br>Orange, CA 92865<br>USA<br>email address: dlangius@rfss-inc.com<br>Phone Number: 714-974-7377 (103)<br>Out-of-state sale, exempt from sales tax | 922,500.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00% | 922,500.00<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>0.00 |

**Total** $922,500.00

Rechnungsbetrag = 1.742500,00 USD
Verr. VZ = 820.000,00 USD

Überw. USD Coba 21.12.2015 € 848.119,89

| Phone # | Fax # | E-mail |
|---|---|---|
| 714-974-7377 (103) | 714-974-7365 | dlangius@rfss-inc.com |