# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Elettronica GmbH,<br><br>Plaintiff,<br><br>v.<br><br>Radio Frequency Simulation Systems, Inc. ("RFSS"); Richard C. Damon; all directors, officers and shareholders of RFSS; ViaSimX, Inc. ("VSX"); VadaTech Incorporated ("VT"); Saeed Karamooz; all directors, officers, and shareholders of VSX; and all directors, officers and shareholders of VT,<br><br>Defendants. | Case No. 8:16-cv-01523-AG-KES<br><br>**SUPPLEMENTAL PROTECTIVE ORDER** |

1       Per the discussion on the record at the telephonic discovery conference on February 16, 2018, and good cause appearing therefor, it is hereby ORDERED that:

1. ViaSimX shall produce documents responsive to RFSS's documents requests, irrespective of its private confidentiality agreement with The Boeing Company;

2. For any documents produced by ViaSimX after entry of this order that relate to The Boeing Company and are designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY," ViaSimX shall add to the confidentiality legend the designation "BOEING";

3. Prior to publicly disclosing via pre-trial proceedings any documents bearing the "BOEING" designation, the disclosing party shall provide sufficient advance notice to The Boeing Company to allow The Boeing Company to object to the disclosure. Notice shall be provided to The Boeing Company via email at sarah.h.seewer@boeing.com and brian.russ@boeing.com. The parties and the Court shall treat The Boeing Company as the "designator" or the "Designating Party" with respect to such material for purposes of the Protective Order at Dkt. 48, Local Rule 79-5.1, and any other applicable Court rules.

IT IS SO ORDERED.

DATED: February 23, 2018           _____
                                                   Hon. Karen E. Scott
                                                   United States Magistrate Judge